# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00813-CR

---

**Edrick Maurice Holcombe, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 264TH DISTRICT COURT OF BELL COUNTY
NO. 83162, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Edrick Maurice Holcombe seeks to appeal from his conviction and sentence for possession of a controlled substance. *See* Tex. Health & Safety Code § 481.115(c). The trial court has certified that this is a plea-bargain case and that Holcombe has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

---

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed for Want of Jurisdiction

Filed: January 10, 2024

Do Not Publish